RICHARD L. MORRIS and Others, Respondents, v. M. L. BIEDERMANN & Co., and Others, Appellants, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted so far as to modify the orders of November 11, 1926, and March 29, 1927, by providing that they shall be without prejudice to the rights of the defendants to institute or intervene in bankruptcy proceedings. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GUS L. ROSENBERG, INC., Respondent, v. JOHN & JAMES DOBSON, INC., Appellant.— Order so far as appealed from modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERTHA SCOTT, Respondent, v. LORNE ALBERT SCOTT, Appellant.— Orders reversed and motion denied, without prejudice to a new application upon proper papers showing the exact amount due to the plaintiff. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY H. KLEIN, Respondent, v. C. P. HUGO SCHOELLKOPF and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KENNETH L. BERNARD, Respondent, v. FRANCISCO MESTRE and Another, Copartners, etc., and Others, Defendants, Impleaded with JOSEPH E. GONZALES, Appellant.— Order so far as appealed from reversed and motion granted, except as to items first-c, sixth-c, eighth-c and ninth-c, as to which said motion is denied. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the FIFTH AVENUE MUTUAL INDEMNITY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STUD REALTY CORPORATION v. MARY R. HART and Others.— Motion, so far as it asks for dismissal of appeal from judgment, denied; so far as it asks for dismissal of appeal from order denying resettlement of judgment, granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN TANDET v. ALEXANDER WOLF, Impleaded with JOSEPH C. SCAL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN A. MULLIGAN, INC., v. COOPERSMITH CONSTRUCTION Co., INC., and Others, Impleaded with AMERICAN ENAMELED BRICK AND TILE COMPANY and EQUITABLE SURETY COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DORA KALFUS v. DAVID BERMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VICTOR GALAUP, INC., v. THE STONE BROS., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.